# EXHIBIT A

Beyer & Associates LLC
Attorneys at Law
12381 E. Cornell Avenue
Aurora, CO 80014

Tel: (888) 851-6558
Fax: (303) 733-9802
Email: disputes@parkingattorney.com

03/26/2020

FRANKLYN L AND REBECCA J COPE
108 PARK DR
PUEBLO, CO 81005-1166

RE: >ABM Cleveland
License Plate Number: 519KFV

| Notice Number | Date | Violation | Location | Balance Due |
|---|---|---|---|---|
| 102818 | 02/08/2020 | No Payment Found | 1461 Hamilton Ave | $50.00 |

This law firm represents the above Creditor and Parking Revenue Recovery Services, Inc. concerning the above PARKING NOTICE and BALANCE DUE which is IN COLLECTION.

Although this letter is from a law firm, at this time no attorney has independently evaluated your case or made any recommendations regarding the validity of the creditor's claims or personally reviewed the circumstances of the Parking Notice and Balance Due. This law firm is acting solely as a debt collector and not in any legal capacity in sending this letter. This is an initial communication to collect a debt only.

This firm will assume the debt to be valid unless you notify this firm within thirty (30) days after receipt of this COLLECTION NOTICE that you dispute the validity of this debt, or any portion thereof. If you notify this firm in writing within the thirty (30) day period that you dispute the debt, or any portion thereof, this firm will obtain verification of the debt and the firm will send you a copy of such verification. Upon your written request within the thirty (30) day period, this firm will provide you with the name and address of the original creditor, if different from the current creditor.

You have the right to request in writing that a debt collector or collection agency cease further communication with you. A written request to cease communication will not prohibit a debt collector, collection agency, or creditor from taking any action authorized by law to collect the debt. Collection agencies or creditors may invoke specified remedies which collection agencies or creditors ordinarily invoke; an example of a specified remedy is reporting credit/consumer information to one or more credit/consumer reporting agencies after expiration of the thirty (30) day period, in accordance with Colorado law.

Please identify the PARKING NOTICE NUMBER and your LICENSE PLATE NUMBER on ALL communications. Unless otherwise notified, contacting this firm via methods other than regular mail, e.g., email, fax or telephone, constitutes express consent to reciprocal future communications with you, including voice messages. Please specify if we may discuss your debt with, or accept payment from, any other person(s).

> Please pay the BALANCE DUE stated above. Payments by check should be made payable to PRRS and mailed to P.O. Box 440350, Aurora, CO 80044. You may pay by credit/debit card online at https://abmcle.paymynotice.com.

Your opportunity to contact us or pay does NOT overshadow, negate, or abridge any of your thirty (30) day rights or affect the legal requirement to notify this firm of any dispute in writing in order to obtain verification of the debt.

Sincerely, Cynthia M. Beyer, Esq.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: http://www.coag.gov/car.**

*[Handwritten note:]*
3 EMAILS 4/06/2020 4/15/2020
1 FAX 4/15/2020 → "No Answer"
CERTIFIED LETTER, RETURN RECEIPT 4/15/2020 → Delivered 4/17/2020