# EXHIBIT B

04/06/2020                                                          04/15/2020


RE:   Notice:  102818     License Plate:  Colorado 519KFV


disputes@parkingattorney.com
appeals@parkingrevenuerecovery.com
prrpsaviolations@parkingrevenuerecovery.com




Hello   PPRS/Beyer  &  Associates  LLC:



We received your notice/letter 102818 on 04/03/2020 and we dispute the facts alleged.

We paid for our parking in the ABM Cleveland lot on 02/08/2020 using our credit card and we have investigated that the correct $3.00 charge appears on our credit card statement.

It is unreasonable that you make a fallacious demand almost two months after the alleged event.

We do not owe the $50.00 Balance Due that you show because our $3.00 parking was properly paid by credit card  "ABM PARKING LOT 8014 CLEVELAND OH"  on  02/08/2020.

We request that you adjust your records accordingly.



Thank you,

Franklyn Cope
108 Park Dr.
Pueblo, CO  81005
719-561-4028

[Certified mail return receipt attached, addressed to: BEYER + ASSOCIATES LLC, 12381 E. CORNELL AVE, AURORA, CO 80014. Article Number: 7017 1000 0001 1047 8788. Tracking: 9590 9402 5705 9346 1429 70. Signed 4-17-20.]