# EXHIBIT C



| | Manage your account online at: | | Customer Service: | | Mobile: Download the |
|---|---|---|---|---|---|
| | www.chase.com/cardhelp | | 1-800-524-3880 | | Chase Mobile® app today |





**March 2020**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 8 years | $3,280 |
| $68 | 3 years | $2,435 (Savings=$845) |

If you would like information about credit counseling services, call 1-866-797-2865.

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

## ACCOUNT SUMMARY

Account Number



0000001  FIS33339 C 1
0404                                Y  9  01  20/03/01        Page 1 of 3       06810  MA MA 77084



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at
chase.com/paycard

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

77084 BEX 9 06120 C
MORIYAH J COPE
LAKEWOOD OH 44107-4105

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294



**CHASE** 

Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile:  Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |



**PURCHASE**

| 02/08 | ABM PARKING LOT 8014 CLEVELAND OH | 3.00 |

