# EXHIBIT D

# Beyer & Associates, LLC

12381 East Cornell Avenue
Aurora, CO 80014
Email: disputes@parkingattorney.com

Tel: (888) 851-6558
Fax: (888) 761-8959

May 4, 2020
Notice Number: 102818
License Plate: 519KFV
       RE:    No Payment

Dear Franklyn Cope:

Thank you for your recent communication regarding this parking notice issued by **ABM Parking Cleveland**. According to the parking notice, on **February 08, 2020**, a lot attendant for **ABM Parking** recorded that a **Hyundai** with **CO** plate **519KFV** parked on their lot located at **1461 Hamilton Ave** and the lot attendant was unable to verify prepayment for parking. We have verified through Department of Motor Vehicle records that **you are** the registered owner of this vehicle. We have enclosed a copy of the parking notice for your reference.

**ABM Parking Cleveland** has referred this parking notice to our office as a valid debt for collections. Our office has read your appeal and/or dispute and reviewed the documentation provided. The parking lot you and/or the driver used is a private parking lot with clear and prominent signage identifying the parking company, the payment rates and the additional requirements and/or rules for parking on the lot. At the time the notice was issued, the lot attendant was unable to verify prepayment for parking for this vehicle and a notice was generated. The notice is upheld in the amount of **$50.00**, as the posted instructions in the parking lot were not properly followed. Please provide a copy of the original receipt from the kiosk or from a mobile app. Bank and Credit Card statements are not accepted as proof of payment to park.

Please mail your payment to:
    Payment Center –PRRS
    P.O. BOX 440350
    Aurora, CO 80044-0350

Make checks or money orders payable to **PRRS**. Please include the parking notice number and your license plate number on the memo line of your check or money order. Payment may also be remitted via debit/credit card online at https://prrs.paymynotice.com/

If you choose not to pay this notice, our firm will determine what further action to take. Further action could include the parking company booting and/or towing your vehicle.

Please be aware that our office will not respond to any further communication, via regular mail, email, fax or telephone, unless new information is provided.

Sincerely,

Kat

Enclosure

Further, pursuant to the Federal Fair Debt Collection Practices Act, we are hereby informing you that the Creditors reserve the right to report this debt to one or more of the credit bureaus after the expiration of thirty-day dispute period. The Creditors prefer not to report this debt, because reporting this debt may have a negative effect on you, including but not limited to your credit rating and credit score.
THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. FOR COLORADO RESIDENTS, FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/NODE/547.
FOR NON-COLORADO RESIDENTS, FOR INFORMATION ABOUT THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, SEE https://www.ftc.gov/system/files/documetnsplain-language/fair-debt-collection-practices-act.pdf

## Verification of Debt

**Notice#: 102818**   **Issue Date: 2020-02-08 15:33**   **Checker:** 1414

**Violation**

No Payment Found

| Location | Area | Stall |
|---|---|---|
| 8014 | Default Area | |

| Plate | State | VIN |
|---|---|---|
| 519KFV | CO | |

| Make | Body | Color |
|---|---|---|
| HYUN | 4D | SLV |

## Notice details

| DESCRIPTION | EFFECTIVE ON | AMOUNT |
|---|---|---|
| No Payment Found | 2020-02-08  15:33 | $25.00 |
| No Payment Found | 2020-02-22  15:33 | $25.00 |
| | Total as of 2020-05-04 14:07: | $50.00 |

## Photos

