IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:20-cv-02014-LTB

**FRANKLYN COPE AND REBECCA COPE**, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**PARKING REVENUE RECOVERY SERVICES, INC.**, a Colorado corporation, and **BEYER & ASSOCIATES, LLC**, a Colorado LLC,

      Defendants.

## RESPONSE TO ORDER TO SHOW CAUSE (DKT. 11)

In response to the Court's February 5, 2021 Order to Show Cause (Dkt. 11), Plaintiffs state as follows:

1.      Plaintiffs filed their class action complaint on July 10, 2020.

2.      Defendants were promptly served and defense counsel contacted Plaintiffs' counsel on July 29, 2020.

3.      Since late-July 2020, counsel for the Parties have engaged in numerous discussions regarding the case and the prospect for settlement.

4.      Though Defendants have not answered or otherwise responded to the Complaint, they have produced discovery informally about the claims, including extensive documents evidencing its financial situation.

5.      Because the parties have had productive discussions (including discussions regarding a settlement framework that could be agreeable to all Parties), Plaintiffs agreed to not seek entry of default.

6.      So that the Parties can continue their discussions and work towards a resolution, Plaintiffs request that Defendants be granted an additional thirty (30) days to respond to the Complaint. The Parties will use the time to attempt to resolve the matter.

Dated February 22, 2021                           Respectfully submitted,

   /s/ Patrick H. Peluso
    One of Plaintiff's Attorneys

**WOODROW & PELUSO, LLC**
Patrick H. Peluso
ppeluso@woodrowpeluso.com
3900 E Mexico Avenue
Suite 300
Denver, Colorado 80210
Tel: 720-213-0675
Fax: 303-927-0809

*Attorneys for Plaintiff and the Putative Classes*

**CERTIFICATE OF SERVICE**

The undersigned, Patrick H. Peluso, hereby certifies that a true and correct copy of Plaintiff's "Response to Order to Show Cause" was served upon all counsel of record on February 22, 2021 by filing such papers via the Court's ECF system.

/s/ Patrick H. Peluso