# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 20-cv-02014-LTB

FRANKLYN COPE and
REBECCA COPE, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

PARKING REVENUE RECOVERY SERVICES, INC., a Colorado corporation, and
BEYER & ASSOCIATES, LLC, a Colorado limited liability company,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiffs' Notice of Voluntary Dismissal filed in response to the Court's Second Order to Show Cause (Doc 14 - filed August 8, 2023), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

IT IS FURTHER ORDERED that the Second Order to Show Cause (Doc 13 - filed August 8, 2023) is DISCHARGED.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:  August 9, 2023